CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| LOUIS RODRIGUEZ, JR., | ) | Civil Action No. 7:13-cv-00436 |
| **Plaintiff,** | ) | |
| | ) | **DISMISSAL ORDER** |
| v. | ) | |
| | ) | By:  Glen E. Conrad |
| ORANGE COUNTY REGIONAL JAIL, | ) | **Chief United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This _30th_ day of October, 2013.

_____
Chief United States District Judge