CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LOUIS RODRIGUEZ, JR., <br>     Plaintiff, <br><br> v. <br><br> ORANGE COUNTY REGIONAL JAIL, <br>     Defendant(s). | Civil Action No. 7:13-cv-00436 <br><br> **DISMISSAL ORDER** <br><br> By:  Glen E. Conrad <br> Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 30th day of October, 2013.

_____
Chief United States District Judge